**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **AMANDA KASLIN,**<br>*Plaintiff*<br><br>**v.**<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,**<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 1:26-CV-01315-RP** |

# ORDER

Before the Court is Plaintiff Amanda Kaslin's motion to compel, Dkt. 18, which the District Judge referred to the undersigned for disposition. After considering the parties' filings and the applicable law, the Court will deny the motion.

Kaslin, proceeding pro se, moves to compel Defendants to produce her immigration-hearing records. Dkt. 18, at 2-4. In response, Defendants point out that Kaslin prematurely issued her requests for production before the parties' Rule 26(f) conference and without allowing Defendants 30 days to effectuate production. Dkts. 20, at 1-8; 20-1. Under Federal Rule of Civil Procedure 26(d)(1), "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)." Fed. R. Civ. P. 26(d)(1); *see also Disedare v. Brumfield*, 2023 WL 3496395 at *2 (E.D. La. May 17, 2023) ("The requirement for a Rule 26(f) conference is not a mere technicality. Only after the defendants have appeared and the parties have held the required Rule 26(f) conference may discovery commence." (citations omitted)).

The parties held their Rule 26(f) conference on September 21, 2026. Dkts. 19; 20, at 3. Kaslin filed her motion to compel the following day, well before the 30-day deadline for Defendants to respond to Kaslin's requests for production following the Rule 26(f) conference. Dkt. 18; Fed. R. Civ. P. 34(b)(2)(A). Kaslin's motion is thus premature. Should Defendants fail to respond fully and completely as required within the 30-day period following the Rule 26(f) conference, Kaslin may then file a motion to compel pursuant to Federal Rule of Civil Procedure 37.

For these reasons, the Court **DENIES** Kaslin's motion to compel, Dkt. 18, without prejudice.

The referral to the Magistrate Judge should now be canceled.

SIGNED November 3, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE